FRANK DAVENPORT v. APPORTIONMENT COMMISSION OF THE STATE OF NEW JERSEY.

June 4, 1973. Petition for certification granted. (See 124 *N. J. Super.* 30)

STATE OF NEW JERSEY v. CARL MICHAEL ROMANO.

June 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDER URIWSKI.

June 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF J. R. S.

June 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES T. WALL, JR.

June 29, 1973. Petition for certification denied.

JOHN B. WHITE v. ATLANTIC CITY PRESS a/k/a PRESS PUBLISHING CO.

June 29, 1973. Petition for certification granted.